**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

ROMINA MORALES INOSTROZA, *on*
*behalf of herself and those similarly*
*situated,*

                              Plaintiff,                    **24 Civ. No. 3400 (JMF)**

              -against-                                     **PRE-SETTLEMENT**
                                                           **CONFERENCE ORDER**

JEAN TIENKEN and COMIC STRIP
PROMOTIONS, INC.,

                              Defendants.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

        This action is scheduled for a Telephone Conference for **Friday, June 21, 2024 at 10:00**

**a.m.,** to discuss the scheduling of and preparation for a Settlement Conference.  The parties are

directed to consult the undersigned's Settlement Conference Procedures, available at

https://nysd.uscourts.gov/hon-gary-stein.  Counsel is directed to join the conference via

Microsoft Teams at the scheduled time.  **Please dial (646) 453-4442, Access Code: 856 969**

**387#.**

        **SO ORDERED.**

DATED:      New York, New York
            June 6, 2024

                                        _____
                                        The Honorable Gary Stein
                                        United States Magistrate Judge