UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ROMINA MORALES INOSTROZA,<br>  Plaintiff,<br>— against —<br><br>JEAN TIENKEN AND COMIC STRIP PROMOTIONS, INC.,<br>  DefendantS, | Case No.: 24-cv-03400<br><br><br><br>ACCEPTANCE OF<br>RULE 68 OFFER OF JUDGMENT, |

---

### ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT BY PLAINTIFF

**PLEASE TAKE NOTICE THAT, Plaintiff, ROMINA MORALES INOSTROZA, accepts** the Rule 68 Offer of Judgment of twelve thousand five hundred dollars ($12,500) to be paid by Defendants, to settle plaintiff's claim against them.

Dated 7/24/24

JEFFREY E. GOLDMAN, ESQ.
260 Madison Ave., 15 Floor
New York, NY 10016
(212) 983-8999
Jeff@JGoldmanlaw.com