UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

ROMINA MORALES INOSTROZA,             Case No.: 24-cv-03400
        Plaintiff,
– against –

JEAN TIENKEN and COMIC STRIP            JUDGMENT
PROMOTIONS, INC.
        Defendants,
_____

    A NOTICE OF ACCEPTANCE of a Rule 68 Offer of Judgement having been filed on July 24, 2024, and Defendants having offered to allow entry of judgment to be taken against them and in favor of Plaintiff Romina Morales Inostroza in the total sum of twelve thousand, five hundred dollars ($12,500), it is

    ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff Romina Morales Inostroza and against Defendants, Jean Tienken and Comic Strip Promotions, Inc. for twelve thousand, five hundred dollars ($12,500)

Dated: New York, NY

                                                                  _____
                                                                  Clerk of Court

                                                                  This document was entered on the Docket on _____