UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| ROMINA MORALES INOSTROZA,<br>　　　　Plaintiff,<br>– against – | Case No.: 24-cv-03400 |
| JEAN TIENKEN and COMIC STRIP<br>PROMOTIONS, INC.<br>　　　　Defendants, | JUDGMENT |

_____

　　　A NOTICE OF ACCEPTANCE of a Rule 68 Offer of Judgement having been filed on July 24, 2024, and Defendants having offered to allow entry of judgment to be taken against them and in favor of Plaintiff Romina Morales Inostroza in the total sum of twelve thousand, five hundred dollars ($12,500), it is

　　　ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff Romina Morales Inostroza and against Defendants, Jean Tienken and Comic Strip Promotions, Inc. for twelve thousand, five hundred dollars ($12,500)


Dated: New York, NY　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　J.

　　　　　　　　　　　　　　　　　　　This document was entered on the
　　　　　　　　　　　　　　　　　　　Docket on _____